FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 2:18-mj-314-2-GWF |
| vs. | ) | |
| | ) | |
| NOSA FRANK OBAYANDO, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

Having heard Defendant Obayando's Motion to Withdraw as Attorney (doc. 36) on September 13, 2018, and good cause appearing, this Court granted the motion (doc. 39).

Accordingly, IT IS HEREBY ORDERED that attorney, David R. Fischer, is appointed as counsel for Defendant Nosa Frank Obayando in place of Brian James Smith for all future proceedings.

Mr. Smith shall forward the file to Mr. Fischer forthwith.

DATED this 14th day of September, 2018.
*Nunc Pro Tunc*: September 13, 2018

GEORGE W. FOLEY
UNITED STATES MAGISTRATE JUDGE